IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TAYNA L. FRANKLIN**                                                                          **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 1:14-CV-422-HSO-JCG**

**THE CITY OF MOSS POINT, MISSISSIPPI**                      **DEFENDANT**

**FINAL JUDGMENT**

The claims of Plaintiff Tayna Franklin against Defendant the City of Moss Point, Mississippi came on for trial before the Court and a jury on the 16th day of February, 2016, and concluded on the 17th day of February, 2016, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict. The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Defendant on Plaintiff Tayna Franklin's Family Medical Leave Act claim. In accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff Tayna Franklin's claims against Defendant the City of Moss Point, Mississippi are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 17th day of February, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE