# INVOICE 0001


**DOGAN & WILKINSON**

05 April 2016

$1,464.50

Tayna Franklin vs. City of Moss Point

**DOGAN & WILKINSON, PLLC**
P.O. Box 1618
Pascagoula, MS 39568
T: 228-762-2272
F: 228-762-3223

| QUANTITY | DETAILS | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 24 | Photocopies made in October 2014 | 0.25 | 6.00 |
| 24 | Photocopies made in November 2014 | 0.25 | 6.00 |
| 139 | Photocopies made in December 2014 | 0.25 | 34.75 |
| 12 | Photocopies made in January 2015 | 0.25 | 3.00 |
| 28 | Photocopies made in March 2015 | 0.25 | 7.00 |
| 7 | Photocopies made in May 2015 | 0.25 | 1.75 |
| 1039 | Photocopies made in June 2015 | 0.25 | 259.75 |
| 29 | Photocopies made in September 2015 | 0.25 | 7.25 |
| 17 | Photocopies made in October 2015 | 0.25 | 4.25 |
| 28 | Photocopies made in December 2015 | 0.25 | 7.00 |
| 2825 | Photocopies made in January 2016 | 0.25 | 706.25 |
| 1686 | Photocopies made in February 2016 | 0.25 | 421.50 |

|  |  |
|---|---|
| Discount |  |
| Net Total | $1,464.50 |
| Tax |  |
| USD TOTAL | $1,464.50 |


EXHIBIT A